**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF THE DETROIT
CARPENTERS FRINGE BENEFIT FUNDS,

      Plaintiffs,

v                                                                 Case No. 10-11202
                                                                  Hon. Patrick J. Duggan

TAYLOR CARPENTRY, INC., a Michigan
corporation, f/k/a, TAYLOR METAL                 Magistrate Judge Michael J. Hluchaniuk
CARPENTRY, INC., a Michigan corporation,
a/k/a TAYLOR METAL CARPENTRY, L.L.C., a
Michigan limited liability company, and
RONALD F. RUSNAK, an individual,
jointly and severally,

      Defendants.

                            /

WALTER B. FISHER JR. (P51337)
FILDEW HINKS, PLLC
Attorneys for Plaintiffs
26622 Woodward Avenue
Suite 225
Royal Oak, MI  48067
(313) 961-9700

                            /

**CONSENT JUDGMENT**

Upon stipulation of the parties hereto, as attested to by the signatures appearing below, and

It appearing to the Court that defendant has a collective bargaining agreement which obligates it

to make payment of fringe benefits to plaintiffs and that the parties have determined that as of

March 15, 2010, an indebtedness for fringe benefits for the period February 1, 2008, through

February 28, 2010, totaling $102,752.21, and

The Court being fully advised in the premises,

IT IS ORDERED that judgment be, and it is hereby, entered in favor of plaintiffs against defendant

in the amount of $102,752.21, plus costs in the amount of $350.00 and interest at the statutory rate, but

without attorneys fees,

IT IS FURTHER ORDERED that this judgment shall determine defendant's liability for fringe

benefits and liquidated damages for the period February 1, 2008, through February 28, 2010, but that it

shall not be <u>res judicata</u> nor shall it bar action for any other period.


S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  August 1, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 1,
2011, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager

We approve entry of this judgment, waiving hearing and notice of hearing thereon.

**FILDEW HINKS, PLLC**                              **TAYLOR CARPENTRY, INC. f/k/a TAYLOR**
                                                   **METAL CARPENTRY, INC., a/k/a TAYLOR**
                                                   **METAL CARPENTRY, L.L.C.**

By:    s/Walter B. Fisher Jr.              By:    s/with consent Ronald F. Rusnak
       Walter B. Fisher Jr. (P51337)              Ronald F. Rusnak
       Attorneys for Plaintiffs            Its:   President
       26622 Woodward Avenue
       Suite 225
       Royal Oak, MI 48067
       (313) 961-9700

Dated: March 26, 2010                      Dated:  March 26, 2010


                                           s/with consent Ronald F. Rusnak
                                           Ronald F. Rusnak, individually

                                           Dated:  March 26, 2010

C:\Documents and Settings\orem\Local Settings\Temp\notes6030C8\Consent Judgment Exhibit A to Settlement Agreement Rev for efiling 03-26-2010.wpd

2